# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 15-346-02** |
| **HERBERT VEDERMAN** | : | |

### JOINT MOTION TO VACATE THE TRIAL DATE AND SET A SENTENCING DATE

Trial is currently set in this case to begin on September 5, 2019. Dkt. Nos. 714, 715. On August 13, 2019, the United States of America and Defendant Herbert Vederman (collectively "the parties") reached an agreement that obviates the need for trial. The parties therefore jointly move the Court to vacate the trial date and schedule sentencing in this case.

On July 29, 2015, a grand jury returned an indictment charging Vederman with RICO conspiracy (Count One), conspiracy to commit bribery (Count Sixteen), bribery (Count Eighteen), bank fraud (Count Nineteen), false statements to a financial institution (Count Twenty), falsification of records (Count Twenty-One), money laundering (Count Twenty-Two), and money laundering conspiracy (Count Twenty-Three). Following a five-week trial, a jury convicted Vederman on all counts. This Court, however, entered judgment of acquittal as to Vederman's convictions on RICO conspiracy, bank fraud, making false statements to a financial institution, and falsification of records. Dkt. No. 538. On the remaining counts of conspiracy to commit bribery, bribery, money laundering, and money laundering conspiracy, Vederman was sentenced to concurrent terms of 24 months.

Both the government and Vederman appealed. The Third Circuit reversed the judgment of acquittal on Counts 19 and 20, reinstated the convictions, and remanded for resentencing. *See United States v. Fattah*, 914 F.3d 112, 189 (3d Cir. 2019). The appellate court also vacated Vederman's convictions for conspiracy to commit bribery, bribery, money laundering, and money laundering conspiracy, remanding for a new trial on those counts. *Id.*

Following remand, this Court scheduled resentencing and retrial for Vederman. Dkt. Nos. 682, 712, 714, 715. On Vederman's unopposed motion, the Court then deferred resentencing pending the resolution of all outstanding counts. Dkt. No. 702.

The parties have now reached a resolution as to all outstanding counts that will obviate the need for trial. Specifically, the parties have agreed to jointly recommend a term of imprisonment of 12 months and one day on the counts of conviction, Counts Nineteen and Twenty, and as part of that agreement, the government will move at sentencing to dismiss with prejudice all other counts pending against Vederman. A copy of that agreement, which the parties will file and sign for sentencing, is attached as Exhibit 1.

For the foregoing reasons, the parties respectfully request that this Court vacate the trial date and set this matter for sentencing.

Respectfully submitted,

| | |
|---|---|
| For Defendant Herbert Vederman | For the United States of America |
| s/ David L. Axelrod | Jennifer A. Williams |
| David L. Axelrod | First Assistant United States Attorney |
| R. Stephen Stigall | Eastern District of Pennsylvania |
| Terrence Grugan | |

| | |
|---|---|
| Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | AnnaLou Tirol<br>Acting Chief<br>Public Integrity Section<br><br>s/ James I. Pearce<br>James I. Pearce<br>Trial Attorney, Public Integrity Section<br>Criminal Division, U.S. Department of Justice<br>1400 New York Avenue NW<br>Washington, D.C. 20005 |

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing motion was served by electronic service on defense counsel for Defendant Herbert Vederman on August 14, 2019.

                                                  s/ James I. Pearce
                                                  James I. Pearce
                                                  Trial Attorney