# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HERBERT VEDERMAN,<br><br>Defendant. | Crim. No. 15-346<br><br>Hon. Harvey Bartle, III<br><br>Notice of Appeal |

## **DEFENDANT HERBERT VEDERMAN'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Herbert Vederman in the above-named case hereby appeals to the United States Court of Appeals for the Third Circuit from the final amended judgment entered in this action on the September 5, 2019.

September 6, 2019

  /s/ David L. Axelrod_____
David L. Axelrod
R. Stephen Stigall
Terrence Grugan
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Jacob M. Roth (*pro hac vice*)
yroth@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-7658

*Counsel for Herbert Vederman*