# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>19-3067</u>

USA v. Herbert Vederman

(U.S. District Court No.: 2-15-cr-00346-002)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  June 05, 2020
SB/cc:  David L. Axelrod, Esq.
Ms. Kate Barkman,
Eric L. Gibson, Esq.
Carmen G. Iguina Gonzalez, Esq.
Jeffrey R. Johnson, Esq.
Jacob M. Roth, Esq.
Adam G. Unikowsky, Esq.
Robert A. Zauzmer, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate